UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANA MALCA,

                Plaintiff,

   *against*                                    Docket #: 1:22-cv-3049

NYC SHOPRITE ASSOCIATES, INC.,

                Defendant.
-------------------------------------------------------X

## NOTICE OF FILING OF PETITION FOR REMOVAL

    PLEASE TAKE NOTICE that defendant, NYC SHOPRITE ASSOCIATES, INC., have on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated:  Mineola, New York
           May 24, 2022

                                            NYC SHOPRITE ASSOCIATES, INC.

                                            By: *Bruce A. Torino*
                                            BRUCE A. TORINO [BT 7772]
                                            TORINO & BERNSTEIN, P.C.
                                            Attorney for Defendant
                                            200 Old Country Road, Suite 220
                                            Mineola, NY 11501
                                            (516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid on this May 24, 2022, to HECHT, KLEEGER & DAMASHEK, P.C., 19 West 44th Street, Suite 1500, New York, NY 10036.

                                            *Bruce A. Torino*
                                            BRUCE A. TORINO